UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Civil Action, File Number 15-cv-2028-RBJ

| | |
|---|---|
| STEPHANIE MCKEEHAN<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.<br>Defendant. | NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE THAT the parties have reached a confidential settlement of all issues. The final settlement should be accomplished by the end of June and stipulation to dismiss filed by that time.

DATED this the 20th day of May, 2016.

/s/ Alan F. Blakley, Esq.
Alan F. Blakley
POLARIS LAW LLC
916 South Main Street, Suite 201
Longmont, Colorado 80501
303 557 6488
fax 303 557 6487
ab@b-and-jlaw.com
Attorneys for Plaintiff

PROOF OF SERVICE

On the 20th day of May 2016 I served a true and correct copy of the foregoing through the Court's ECF system on counsel for Defendant.

/s/ Alan F. Blakley